FILED BY _____ D.C.

JUL 02 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

2:21- CV-14271

The Federal Court of the Southern District of Florida, United States of America

CASE # 2:21Cv14271

Plaintiff,

MATTHEW C. MAYS A/K/A ONE CITIZEN OF THE UNITED STATES OF AMERICA,

VS,

DEFENDANTS,

J. DOE (A FICTIOUS NAME IS USED AS IT SERVES THE BEST INTERESTS OF THE U.S.A), CONGRESSWOMAN OMAR, CONGRESSWOMAN TALIEB, WILLIAM ACKMAN, GEORGE SOROS, AND JOHN DOE A/K/A WILDENSTEIN (AGAIN, FICTICIOUS NAME FOR SAFETY AND BECAUSE ONCE HIS INFORMATION IS OBTAINED HE MAY BE ABLE TO BE DISMISSED, AS A DEFENDANT), MANY MORE DEFENDANTS COULD OR MIGHT BE LISTED OR ADDED BUT THAT WOULD FURTHER DIVIDE OUR COUNTRY WHEN THE PURPOSE OF THIS COMPLAINT IS TO UNIFY OUR COUNTRY; NOTE, AT LEAST TWO DEMOCRATS, TWO REPUBLICANS, WITH ALL 6 DEFENDANTS ELITES, ONE WAY OR ANOTHER; FURTHER, ALTHOUGH SOME FACTS IN THE AFFIDAVIT MARKED AS EXHIBIT ONE MAY SEEM TO POINT DIRECTLY OR INDIRECTLY AT A DEFENDANT THAT IS NOT THE MAIN OR EVEN PRIMARY REASON FOR NAMING THESE PARTICULAR DEFENDANTS, THE MOST IMPORTANT IMPACT OF CHOOSING THESE 6 IS THAT THEY ARE IN THE BEST POSITION TO CHANGE COURSE WHICH WILL PROMOTE AND ALLOW OUR GREAT COUNTRY TO UNITE.

①

## Complaint

Now Comes one citizen of the United States of America (Matthew C. Ways) and for the violation, charge and/or cause of action discribed best as "Treason against the United States of America" by the above listed Defendants, states as follows:

1. Granted this civil action filed as "Treason" is unchartered territory for this or any other court, but when our forefathers set sail for what became, America, they also were also sailing through uncharted waters and had they not taken that journey, there would be no America as we know it. Now, close to 250 years later, we find ourselves in a complex world where the simple use and assign-ment of numbers completely dictates the world in which each of us live; the way each of us function; business wise and otherwise; and most importantly, the rights that we enjoy or are deprived of. The focus of this complaint is the number 5 (five) and only #5. The evidence against the "Fives" is not only all that is necessary to prove this case but the only evidence intended to be introduced.

②

HERE IS WHY, TO ALLOW ANY OTHER EVIDENCE TO BE USED WOULD CAUSE FURTHER DIVISION OF AN ALREADY DIVIDED COUNTRY, RESULTING IN A DISASTER, BIG TIME. THEREFORE, IF THE COURT WILL ALLOW; THE OVERALL FACTS GIVING RISE TO THIS ACTION WILL BE INCORPORATED HERE BY REFERENCE AND IF DEEMED NECESSARY TO BE FILE, BE FILED SEPARATELY AND OR SEALED, PLEASE.

2. YOUR HONOR, IF THIS COMPLAINT GETS TO YOUR EYES, YOU MAY WONDER WHAT, ONE U.S. CITIZEN IS DOING FILING THIS WHEN IT MIGHT, COULD, SHOULD, OR MAYBE, BE THE JOB, THE RIGHT AND/OR THE EXCLUSIVE TYRANNICAL RIGHT OF THE U.S. ATTORNEY GENERAL'S OFFICE. THAT OUR U.SAG MAY FIND A TREASON CASE IS ~~APPARENTLY~~ IMPOSSIBLE, BUT, TIME WILL TELL AND ᵛTO FILE FOR POLITICAL REASON'S SO IN THE MEAN TIME, SINCE ONLY EVIDENCE FROM AND| ᴼᴿ AGAINST ᴬ ᴺᴼᵀ ᴿᴱᴬᴸᴸᵞ VERY FEW S'S IS NECESSARY TO PROVE ~~THE~~ ᵀᴴᴵˢ CASE, RESPECTFULLY, MAY WE PROCEED?

2. REQUESTING LIMITED, IF ANY, USE OF THE FOLLOWING DOCUMENTS, AVAILABLE TODAY, BUT NOT ~~ATTACHED~~, WHICH ARE VERIFIED PLEADINGS FROM TWO STATE COURT CASES WHICH ARE FILED, AND REPRESENT FLORIDA STATE COURT 1.29 PETITIONS, ~~WITH~~ ᴬᴺᴰ ANY PENDING MOTIONS ~~TO~~ ~~ALSO BE INCLUDED~~. IN THOSE TWO 1.29 PETITION FILES.

THESE ARE MARKED EXHIBIT'S "B" & "C" BUT ASK TO SEAL.

3. THAT IT IS REQUESTED OF THIS HONORABLE COURT THAT THE AFFIDAVIT MARKED AS EXHIBIT A BE INCORPORATED HERE BY REFERENCE, REVIEWED BY

③

THE COURT AND USED AS A BASIS OF THIS COMPLAINT.

4. THAT THE EVIDENCE (THANKFULLY NOT ALL OF IT) THAT FORMS THE BASIS FOR SENTENCE ONE IN PARAGRAPH 2(B) OF THE AFFIDAVIT (MARKED AS EXHIBIT "A" WAS DELIVERED) TAKEN TO THE U.S. COURTHOUSE, TO BE PROVIDED TO THE U.S. ATTORNEYS OFFICE, FOR TESTING OF TANGIBLE EVIDENCE, TO ESTABLISH PROOF OF THE MOST IMPORTANT FACT OR FACTS IN EXHIBIT "A" WAS NOT ALLOWED TO BE PLACED IN THE HANDS OF THAT PARTICULAR AUTHORITATIVE ENTITY. (I.E. U.S ATTORNEY) THE U.S. MARSHALLS OFFICE AND 3 SECURITY GUARDS WORKING SECURITY, AT THE ONLY ENTRANCE TO THE U.S. COURT HOUSE, ABSOLUTELY, WOULD NOT ALLOW SAID EVIDENCE, WHICH WAS TIGHTLY WRAPPED AND IN A WHITE EVIDENCE BOX (GENERIC) BOX, TO BE TAKEN INTO OR PAST THE AREA OF THE FRONT FOYER 1ST FLOOR OF THE COURTHOUSE. THE EVIDENCE BOX PASSED THROUGH THE X-RAY MACHINE. PASSING THAT SCREENING, JUST AFTER THAT, SECURITY = RON, JOHN + xxx SAID IT WAS FINE, BUT THEY WANTED TO OPEN IT. I SAID FINE. AND EXPECTING THAT INVENTORY WAS UNNESSARY REQUEST A ONE PAGE NOTE TAPED TO THE TOP OF THE WHITE BOX, WHICH DISCRIBED THINGS GENERALLY AND WAS TITLED "INVENTORY" AND DATED AND SIGNED. A SECOND NOTE TAPED ON THE OPPOSIT SIDE OF THE BOX WAS WRITTEN WITH SOME BLANKS, TO COMPLETE WHEN OPENED ESTABLISHING ESTABLISH. WHO OPENED THE BOX, WHEN + WHERE IT WAS OPENED WITH THE SAME WORDING FOR WHO RESEALED IT, — SAYING ALL CONTENTS WERE RETURNED WITH DATE, TIME PLACE AND WITNESSES. THEN, THEY DECIDED NOT RON

④

TO OPEN IT, ORDERED ME TO TAKE IT BACK TO
MY CAR. I WOULD NOT. U.S. MARSHALL, KEVIN, WAS
CALLED. HE LISTENED TO SOME FACTS ABOUT BOX + EVIDENCE
AND ^HE ALSO WOULD NOT ALLOW IT FURTHER INTO THE
BUILDING, BUT GAVE ME U.S. ATTORNEY'S # ^FOR
MIAMI, ALLOWED ^ME ENTRY, TO GO TO U.S. ATTORNEY'S
OFFICE TO USE ^THEIR PHONE IN ^THEIR WAITING ROOM, THERE
TO CALL MIAMI. ^US ATTORNEY'S OFFICE HE ASKED IF HE COULD HAVE CUSTODY
OF THE EVIDENCE ^KEVIN ^AND KEEP IT, MOST LIKELY,
AT ENTRY AREA = ^= FRONT DOOR SECURITY YES = IT WAS TURNED OVER
TO HIM (KEVIN = MOST ^NAME LIKELY) LONG + MANY DETAILS
OF VISIT TO U.S. ATTORNEY'S OFFICE, ^VOICEMAIL TALKED TO ASSISTANT US
MIKE (MAYBE NOT NAME), SECURITY-RON CAME UP THERE ^ATTY. ^TO
AT MAYBE ☒ 4:50 ^?PM. I WAS WAITING FOR AN FBI ^US ATTY ^OFFICE
AGENT THAT MIKE WAS TO OR DID CALL TO COME TALK
TO ME ABOUT ^THE EVIDENCE, RON, ~~SECURITY~~ ^APPARENTLY, DEMANDED
I LEAVE U.S. ATTORNEY OFFICE. I SAID MIKE WAS
CALLING FBI. ^OR WAITING FOR THEM HE TALKED TO MIKE AND MAYBE THEY WOULD ^APPARENTLY ^FBI
NOT COME. BUT ^RON A YOUNG MAN WITH GREEN MASK HAD
LEFT U.S. ATTORNEY OFFICE 30 MINUTES EARLIER,
AFTER MIKE SAID FBI WAS COMING. ONCE
DOWNSTAIRS, RON HAD PUT BOX + BACKPACK WITH
DOCUMENTS OUTSIDE THE BLDG + EARLIER ^+EVIDENCE — MOVED ^AND THEN THEM TO A
TO NEW AREA. WHEN I LEFT, ^RON HE DEMANDED I ^NEW AREA.
TAKE THEM ^BOX & BAG OR HE WOULD THROW ^IT OUT. I SAID I
GAVE THEM ^BOX + BAG TO U.S. MARSHAL ^KEVIN AND WENT HOME.
5. THANK-YOU FOR YOUR TIME AND CONSIDERATION-

(5)

WHEREFORE, ONE AMERICAN CITIZEN PRAYS
THAT THIS COURT SET THIS CASE FOR TRIAL AT THE
APPROPRIATE TIME AFTER SERVICE OF SUMMONS AND
ALL MOTIONS (PRE-TRIAL) ARE DECIDED AND/OR FOR
FURTHER RELIEF AS THIS COURT SEES FIT.

RESPECTFULLY SUBMITTED THIS 2ND
DAY OF July 2021.

MATTHEW C. MAYS

MATT MAYS
3270 LAKEVIEW DR.
SEBRING, FL. 33870

(6)

Exhibit A

<u>AFFIDAVIT</u>

I, Matthew C. Mays, having been duly sworn,

states the following facts as known, through

circumstantial, direct and indirect evidence:

1.   That Matthew C. Mays is a 65-year-old

retired citizen of the United States of America, who

lives at 3270 Lakeview Drive, Sebring, Florida 33870.

2.   That he, M.C.M., after drawing on his past

experience and education, which includes 36 years of

practicing law with the last few years; i.e. eight years

assistant state attorney, four and a half years as state

attorney and the balance of experience being general law

*IN AND FOR CASS COUNTY, ILLINOIS*

and criminal defense states the following ← *INFORMATION*

*LEGAL* ^ *PROVIDES*

A.   That a special dictionary, written and

unwritten, defining different words and phrases *IS* used by

Elite I, Elite II, Elite III, a few police, a few FBI

agents and a few members of the "Mob" as defined by Sean

Hannity on Fox News airing April of 2021.  This

so-called mob, if it exits as such, maybe is referred *TO*

*BY*

the or some law enforcement officers and some others as

6s, 9s and possibly Midwood.  Those same people

*WOOD, AND OTHER TYPES OF WOODS*

*SHORT → BLUE CIGARETTES LONG OR*

reference the FBI as light blue, dark blue, black, 3s

*SHORT AND LONG*

and 5s.  If the Court would allow the use of these

*LOOK AT PARA ON BACK PAGE*

*7.*

*ADDRESS TO THE COURT*

1. communication methods, it will further the ends of
2. justice and serve to keep everyone safe. Also, CIs will
3. be used to identify information sources for their
4. safety. Even though affiant is not in law enforcement, *TO THE*
5. this is a must for public safety. Respectfully *BEST OF*
6. submitted to the Court for consideration. *HIS KNOWLEDGE*
7.     B. That over the last year or so affiant has
8. become acquainted with four or five Muslims, some of
9. which have attempted to kill *OR INJURE* or failed to prevent *ATTEMPTS* same: 
10. At least ten times, ~~or ten killings~~. Exhibit Number 1,
11. marked and attached, explains the most recent ~~try~~. *ATTEMPT* A
12. review of all exhibits will most likely connect the
13. subject/person to these attempts or not. Physical
14. evidence is available to substantiate the proof of the
15. attempts. It is available for test but has not been
16. tested. Affiant will not *WISHES* assist *TO* in any independent
17. action *OR INVESTIGATION* ~~against~~ these Muslims, ~~These~~ *IN HOPES OF GAINING USEFUL FUTURE* three Muslims each *KNOW* *OF THE THAT HAVE PROVIDED*
18. have FBI "handlers", as does the "subject" of this *EVIDENCE*
19. petition for a search warrant. The history of these
20. three's activities and ~~two~~ other participants have
21. combined for and created a breach of community safety.
22. That is why it is so important to correct any *CURRENT* problem
23. for future safety. This *TYPE OF* circumstance is the same all
24. across the United States of America and around the world
25. and being used by and paid for by one or more of ~~our~~ *THE FOLLOWING*

3

1 twelve largest banks, including all the U.S.A. Federal

2 Reserve banks represented by Wells Fargo, Citibank, Bank

3 of America, and one wants to say UBS, but unsure, and

4 John Doe Proof is available to connect all twelve

5 banks and the World Bank, most likely. Most likely, the

6 evidence of these connections and payments will come

7 upon the execution of this requested search warrant,

8 The least amount of evidence communicated in this

9 process serves the purpose of securing stability in our

10 country and banking system. For this reason, affiant

11 requests the opportunity to provide, if necessary, more

12 facts in private and not as a matter of public record.

13 It is also requested that a transcript of all pre- and

14 post-warrant evidence obtained be ordered sealed, with a

15 copy being shared with a specially appointed person

16 close to the U.S. Attorney General. After the subject of

17 this warrant is rendered harmless/completely and proven

18 to be harmless, which will require somewhat drastic

19 measures that must be verified to be permanent, without

20 question, in nature.

21         C.  That attached you will find Exhibit Number 1

22 pretty much contemporaneous notes from 6/9/21, which are

23 admittedly rough but can and will be cleared up with

24 oral testimony, if necessary.  Also attached is a

25 verified petition to perpetuate testimony (GS-21-170

⑨

4

1 ~~Highlands~~ County) which has a volume of facts ~~under oath~~

2 ~~and~~ *with* legal, civil and criminal actions that ~~are sought~~ *FORM A BASIC*

*UNDERLYING CAUSE TO ALLOW THE GRANTING OF A SEARCH WARRANT.*

3 ~~should they be necessary~~. Please allow this verified,

4 filed document (GS-21-170) be incorporated herein as and

*ADDITIONAL FACTS AND RECOGNIZE IT AS EXHIBIT 2.*

5 for a ~~written statement. The last exhibit is~~ Number 3

6 and ~~if, when opened, is relevant~~ be incorporated as well

7 herein and if it turns out ~~to be my tax records, they~~ be

8 ~~returned~~. (6/15/21 Exhibit 3 *WAS* opened and determined to be

9 Matthew Mays' tax records, which ~~were~~ *HAVE BEEN* marked as Exhibit

10 G and ~~were~~ attached as Exhibit G for the purpose, *if* *NO OTHER*

11 ~~for no other reason~~, to disclose general banking

12 transactions made by affiant during the last year for

13 the Court's perusal. If oral testimony is allowed, at

14 least four books and ~~one~~ *THREE* magazine, as well as all food

15 to be tested will be brought to court and available for

16 inspection and eventual testing, if necessary.

17 Accordingly, affiant prays ~~for a ruling on the~~

*THIS COURT GRANT A PETITION TO OBTAIN A*

18 ~~above issues and the issuance of~~ a search warrant for

19 the residence, outbuildings, adjoining house, business *✓AND*

*OF JOHN DOE*

20 office, ~~if necessary, at the address of the~~

21 ~~subject/person identified herein and known as John Doe~~.

22 ~~Further affiant sayeth not~~.

23 *FURTHER*

24 *AFFIANT SAYETH NOT.*

25

-5-

1      Signed and sworn to on this 15th day of June, 2021

2  in Sebring, Florida 33870.

3

4  _____

5      3270 LAKEVIEW DR      Matthew C. Mays

6      SEBRING, Fl. 33870

7

8

9

10

11

12

13

14                                                          7/2/21

15  THIS AFFIDAVIT WAS PROVIDED TO THE SEBRING

16  CITY POLICE OFFICE FOR REVIEW BY THE CHIEF ON

17  7/1/21 MID-DAY. THE NICE FRONT DESK PERSONAL

18  COPIED IT AND RETURNED MY COPY JUST LIKE

19  THIS, JUST INCASE YOU GLEEN ANYTHING FROM THE STYLE.

20      BEFORE THIS (IT WAS PROVIDED TO CITY IT

21  WAS GIVEN TO COUNTY POLICE (LARS), BUT

22  BETWEEN THAT AND CITY VISIT, HAND WRITTEN

23  PAGE THAT SAYS "TO PLACE AT LINE 12 PAGE 3"

24  WAS ADDED/WRITTEN, THUS, CITY MADE EXTRA COPY

25  SO I COULD PROVIDE NEW ADDITIONS TO SHERIFF'S

COPY.      Matt Mays

* THIS HAS BEEN SUBMITTED TO ACCURATE 7/2/21 AND A CLEAN
COPY WILL BE PROVIDED LATER.

(11)

ELITE I's ARE BEST DEFINED AS CONGRESSMEN, SENATORS, High GOVERNMENT AUTHORITIES, THE PRESIDENT, NECESSARY & PROMINANT BUSINESSMEN WITH LESS THAN 300-500 Million Dollars NET WORTH.

ELITE II ARE DEFINED AS INFLUENCIAL PEOPLE AND CORPORATIONS WITH NET VALUE OF MORE THAN 3-500 Million & UP TO MAYBE 10+ Billion.

ELITE III ARE DEFINED AS ONES WITH MORE THAN 10 Billion Dollars AND PEOPLE WITH LESS THAN 10 Billion IF THE HAVE A Role OF Controlling or OPERATING ONE OF OUR Top 12 BANKS THAT REPRESENT THE PRIVATE ELEMENT OF OUR GOVERNMENT'S FEDERAL RESERVE BANKING SYSTEM AND ALL GOVERNMENT EMPLOYEES, FEDERAL RESERVE BOARD MEMBERS AS WELL AS OTHER EMPLOYEE'S THAT IN SOME OR ANY WAY INFLUENCE OR Control FEDERAL RESERVE Policy.

13

To PLACE AT LINE 12 PAGE 3

IF AFTER ALL IS SAID AND DONE, THE 12 FEDERAL
RESERVE BANKS AND ALL RELEVANT TRIPLE ELITE
FAMILY MEMBERS WILL NOT ~~AGAIN~~ AGREE TO ELIMINATE
THE BAD, THAT REMAINS FROM THE ORIGINAL 12 MOUNDS
OF TURKEY, THEN IT IS REQUESTED THAT THE COURT
SUPERVISE THE CREATION OF TRANSCRIPT ~~OF~~ INCLUDING + DESCRIBING
EVERY SINGLE
DETAIL AND EVERY PIECE OF TANGIBLE EVIDENCE THAT
PROVES ~~WITHOUT A DOUBT~~, HISTORICALLY AND CURRENTLY,
WHAT OUR ELITE III, WHO ARE ASSOCIATED WITH
THE 12 FEDERAL REVERVE BANKS ~~HAS~~ HAVE DONE TO CREATE,
AMONG OTHER THINGS, THE DIVISION THAT EXISTS TODAY
IN AMERICA.

16