# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of FT. PIERCE

MATTHEW C. MAYS A/K/A ONE
CITIZEN OF THE UNITED STATES OF
AMERICA

Plaintiff(s)

v.

JOHN DOE A/K/A WILDENSTEIN

Defendant(s)

Civil Action No. 2:21CV14271

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOHN DOE A/K/A WILDENSTEIN
2970 LAKEVIEW DR.
SEBRING, FL. 33870

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW C. MAYS
3270 LAKEVIEW DR
SEBRING, FL. 33870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jul 6, 2021

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of FT. PIERCE

MATTHEW C. MAYS A/K/A ONE
CITIZEN OF THE UNITED STATES OF AMERICA
*Plaintiff(s)*

v.

Civil Action No. 2:21CV14271

WILLIAM ACKMAN
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WILLIAM ACKMAN
PERSHING SQUARE HOLDINGS
888 7TH AVE, FL 29
NEW YORK, N.Y. 10106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW C. MAYS
3270 LAKEVIEW DRIVE
SEBRING, FL. 33870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 6, 2021

s/ S.Carlson
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Ft Pierce__

MATTHEW C. MAYS A/K/A ONE  
CITIZEN OF THE UNITED STATES OF  
AMERICA  
  Plaintiff(s)

v.

GEORGE SOROS  
  Defendant(s)

Civil Action No. 2:21-CV-14271

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

GEORGE SOROS  
250 WEST 55TH ST, 29TH FLOOR  
NEW YORK, N.Y. 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW C. MAYS  
3270 LAKEVIEW DRIVE  
SEBRING, Fl. 33870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 6, 2021

**SUMMONS**

s/ S.Carlson  
Deputy Clerk  
U.S. District Courts

Angela E. Noble  
Clerk of Court