UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14271-CIV-CANNON

**MATTHEW C. MAYS**,

    Plaintiff,
v.

**CONGRESS WOMAN OMAR, et al.**,

    Defendants.
_____/

## ORDER CLOSING CASE AND DISMISSING WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On July 9, 2021, the Court entered an Order Striking Plaintiff's Complaint [ECF No. 5] on the ground that Plaintiff's allegations lacked an arguable basis in either law or fact, and that the Complaint amounted to a shotgun pleading. In that Order, the Court granted Plaintiff leave to amend his deficient Complaint on or before August 6, 2021, and advised Plaintiff that failure to timely file an amended Complaint would result in dismissal of this case for failure to prosecute or failure to comply with court orders. To date, Plaintiff has not amended his deficient pleading. As such, pursuant to the Court's Order Striking Complaint [ECF No. 5], this case is **CLOSED** due to Plaintiff's failure to prosecute and failure to comply with court orders. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.
2. All deadlines are **TERMINATED**.
3. This matter is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Fort Pierce, Florida this 8th day of September 2021.

                                                                          **AILEEN M. CANNON**
                                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record